UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS TORRES MADRIGAL,<br><br>                Petitioner,<br><br>    v.<br><br>KIRSTEN NIELSEN, et al.,<br><br>                Respondents. | Case No. C18-843-JCC-JPD<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

Petitioner is proceeding *pro se* in this 28 U.S.C. § 2241 habeas action. On June 14, 2018, the Court directed the Office of the Federal Public Defender to contact petitioner and, if he so desires, assist him in moving for appointment of counsel. Dkt. 3. On July 9, 2018, the Office of the Federal Public Defender requested an extension of time until July 13, 2018, so that it could gather additional facts relevant to petitioner's case. Dkt. 5.

Finding good cause, the Court GRANTS the motion for extension of time, Dkt. 5. If petitioner would like the Federal Public Defender to represent him, the Office of the Federal Public Defender shall assist him in filing a motion to appoint counsel by July 13, 2018.

\\

\\

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

1. The Clerk is directed to send copies of this order to the parties, to the Office of the
2. Federal Public Defender, and to the Honorable John C. Coughenour.
3. Dated this 13th day of July, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2