UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS TORRES MADRIGAL,

        Petitioner,

    v.

KIRSTEN NIELSEN, *et al*.,

        Respondents.

Case No. C18-0843-JCC

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 12).

(2) The Government's motion to dismiss (Dkt. No. 9) is GRANTED.

(3) Petitioner's habeas petition (Dkt. No. 1) is DENIED, and this action is DISMISSED with prejudice.

(4) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Donohue.

\\

\\

ORDER OF DISMISSAL - 1

Dated this 1st day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2